No. 208, Misc. CANCEL *v.* NEW YORK. Court of Appeals of New York. Certiorari denied.

No. 212, Misc. RUCKLE *v.* WARDEN, BALTIMORE JAIL. Court of Appeals of Maryland. Certiorari denied.

No. 213, Misc. GALLINA *v.* FRASER. C. A. 2d Cir. Certiorari denied.

No. 217, Misc. SMITH *v.* ILLINOIS. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 218, Misc. MUNSON *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioner *pro se*. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 224, Misc. MILLER *v.* COLORADO. Supreme Court of Colorado. Certiorari denied. Petitioner *pro se*. *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *J. F. Brauer,* Assistant Attorney General, for respondent.

No. 230, Misc. CUOMO *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari denied.

No. 238, Misc. MONA *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 245, Misc. WILLIAMS *v.* TEXAS. Court of Criminal Appeals of Texas. Certiorari denied. *Thomas H. Dent* for petitioner. *Will Wilson,* Attorney General of Texas, *Riley Eugene Fletcher* and *Houghton Brownlee, Jr.* for respondent.